**2009–1414. State v. Luna.**
Cuyahoga App. No. 91271, 2009-Ohio-2712. Discretionary appeal accepted; cause held for the decision in 2008–0711 and 2008–1005, *State v. Joseph*, Allen App. No. 1–07–50, 2008-Ohio-1138; and briefing schedule stayed.

PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2009–1471. Smith v. Inland Paperboard & Packaging, Inc.**
Portage App. No. 2008–P–0072, 2009-Ohio-3148. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2008–0857, *Kaminski v. Metal & Wire Prods. Co.*, Columbiana App. No. 07–CO–15, 175 Ohio App.3d 227, 2008-Ohio-1521; cause consolidated with 2009–1546, *Smith v. Inland Paperboard & Packaging, Inc.*, Portage App. No. 2008–P–0072, 2009-Ohio-3148; and briefing schedule stayed.

MOYER, C.J., would also accept the appeal on Proposition of Law No. I without holding.

## APPEALS NOT ACCEPTED FOR REVIEW

**2009–1130. Rielinger v. Rielinger.**
Cuyahoga App. No. 90614, 2009-Ohio-1236.

**2009–1131. State v. Rogers.**
Cuyahoga App. No. 91380, 2009-Ohio-2252.

**2009–1139. State v. Echeverria.**
Lucas App. No. L–07–1321, 2009-Ohio-2285.

**2009–1165. State v. Haugabook.**
Hamilton App. No. C–080366.

**2009–1178. State v. North.**
Hamilton App. No. C–080322.

**2009–1180. State v. Bell.**
Clermont App. No. CA2008–05–044, 2009-Ohio-2335.

LANZINGER and CUPP, JJ., dissent and would accept the appeal on Proposition of Law No. X and hold the cause for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387.

**2009–1182. Bowers v. Craven.**
Summit App. No. 24422, 2009-Ohio-2222.

MOYER, C.J., and O'DONNELL, J., dissent.

**2009–1188. State v. Hill.**
Muskingum App. No. CT09–0023.

**2009–1190. State v. Jackson.**
Cuyahoga App. No. 91613, 2009-Ohio-2388.

**2009–1200. Wagar v. Brinkman.**
Montgomery App. No. 23019, 2009-Ohio-2421.

**2009–1202. State v. Brunk.**
Warren App. No. CA2008–11–147.

**2009–1208. State v. Schwieterman.**
Mercer App. No. 10–08–17, 2009-Ohio-2304.

**2009–1215. Mathys v. Kuhlman.**
Ottawa App. No. OT–08–037, 2009-Ohio-2420. Discretionary appeal not accepted. Motions to strike notice of appeal and to dismiss the appeal denied as moot.

**2009–1217. Ohio Concrete Constr. Assn. v. Ohio Dept. of Transp.**
Franklin App. No. 08AP–905, 2009-Ohio-2400.